David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Xuan L. Ma*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

Xuan L. Ma,

    Plaintiff,

v.

AMERICAN EXPRESS; MORTGAGE
SERVICE CENTER; WESTAR
CREDIT UNION; FEDERAL HOME
LOAN MORTGAGE CORP.;
EQUIFAX INFORMATION
SERVICES, LLC; and EXPERIAN
INFORMATION SOLUTIONS, INC.,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No. 2:16-cv-00179-GMN-NJK**

**JOINT MOTION DISMISSING
ACTION WITH PREJUDICE AS TO
EXPERIAN INFORMATION
SOLUTIONS INC. ONLY**

  Plaintiff Xuan L. Ma hereby moves that the above-entitled action shall

…

…

…

…

…

be dismissed **with prejudice** in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Experian Information Solutions, Inc**. Each party shall bear its own attorney's fees, disbursements, and costs of suit.

Dated:          July 26, 2016

| | |
|---|---|
| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><br>/s/Bob L. Olson, Esq.<br>Snell & Wilmer, LLP<br>*Attorney for Defendant Experian Information Solutions, Inc.* |

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: August 23, 2016