Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff Xuan Ma*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| XUAN MA,<br><br>                    Plaintiff,<br><br>     v.<br><br>AMERICAN EXPRESS; MORTGAGE SERVICE CENTER; WESTAR CREDIT UNION; FEDERAL HOME LOAN MORTGAGE CORP.; EQUIFAX INFORMATION SERVICES, LLC; and EXPEERIAN INFORMATION SOLUTIONS, INC.,<br><br>                    Defendants. | Case No. 2:16-cv-00179-GMN-NJK<br><br>**JOINT MOTION TO DISMISS MORTGAGE SERVICE CENTER** |

Plaintiff Xuan Ma and Defendants PHH Mortgage named herein as "Mortgage Service Center," by and through their counsel of record, hereby move for dismissal of Defendant Mortgage Service Center from this action with prejudice. Each party to bear their own costs.

Dated this 8th day of September, 2016

| | |
|---|---|
| /s/ Matthew Knepper, Esq.<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>10040 W. Cheyenne Ave., Ste. 170-109<br>Las Vegas, NV 89129<br>Phone: (702) 825-6060<br>FAX: (702) 447-8048<br>matthew.knepper@knepperclark.com<br>miles.clark@knepperclark.com<br><br>/s/ David Krieger<br>David H. Krieger, Esq.<br>Haines & Krieger, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, NV 89123<br>dkrieger@hainesandkrieger.com<br><br>*Attorneys for Xuan Ma* | /s/ Joseph Sakai<br>Abran E. Vigil<br>Joseph Sakai<br>Russell Jason Burke<br>Ballard Spahr<br>100 N. City Parkway<br>Suite 1750<br>Las Vegas, NV 89106<br>702-471-7000<br>Fax: 702-471-7070<br>vigila@ballardspahr.com<br>sakaij@ballardspahr.com<br>burker@ballardspahr.com<br><br>*Defendant PHH Mortgage named herein as "Mortgage Service Center"* |

## ORDER

IT IS HEREBY ORDERED that for good cause appearing, the Motion to Dismiss Defendant Mortgage Service Center, with prejudice, is hereby granted.

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED  November 7, 2016

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2016, and pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **JOINT MOTION TO DISMISS MORTGAGE SERVICE CENTER** was served via the U.S. District Court's electronic filing system to all parties appearing in this case.

/s/ Matthew Knepper
Matthew I. Knepper
Knepper & Clark LLC